McCARDELL v. METROPOLITAN ST. RY. CO.

(Supreme Court, Appellate Division, Second Department.  February 28, 1908.)

Appeal from Special Term, Westchester County.

Action by Roy L. McCardell against the Metropolitan Street Railway Company. From an order denying defendant's motion to dismiss for lack of prosecution, defendant appeals. Reversed, and motion granted.

Argued before JENKS, HOOKER, RICH, MILLER, and GAYNOR, JJ.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with costs, on the authority of Frances M. McCardell v. Metropolitan Street Railway Co. (decided herewith) 108 N. Y. Supp. 990.

RICH, J., dissents.